UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUTHER DOUGLAS,

        Petitioner,

vs.                                                Case No. 3:13-cv-346-J-39PDB

SECRETARY, DOC, et al.,

        Respondents.

_____

**ORDER**

    The United States Supreme Court granted a petition for writ of certiorari in Hurst v. Florida, No. 14-7505, 135 S.Ct. 1531 (2015). Because the resolution of the issue in Hurst will impact the present case, this Court orders: That this case is **stayed** pending the outcome of the United States Supreme Court's consideration of the Hurst case and any subsequent related consideration of this case by the Florida courts.  The **Clerk** is directed to **administratively close** this case.  Petitioner shall file a motion to reopen this case within **thirty (30) days** of the date of the final decision in the Hurst case with respect to the issue of

whether Florida's death sentencing scheme violates the Sixth Amendment or Eighth Amendment.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of August, 2015.

_____
BRIAN J. DAVIS
United States District Judge

sa 8/12
c:
Counsel of Record